Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

THUY THANH ALONZO,
individually and on behalf of all
others similarly situated,

        Plaintiff,

   v.

NATUZZI AMERICAS, INC., a
North Carolina corporation; and
DOES 1 to 10, inclusive,

        Defendants.

CASE No.:  2:21-cv-07764-MCS-KS

**NOTICE OF SETTLEMENT**

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

Plaintiff Thuy Thanh Alonzo hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal with prejudice of Plaintiff's individual claims will be filed upon execution of a formal settlement agreement. Plaintiff reserves the right to reopen within thirty (30) days if a settlement is not finalized.

Dated: December 30, 2021                    Respectfully Submitted,


/s/ Thiago M. Coelho
Thiago M. Coelho
Binyamin I. Manoucheri
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff*

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

2

NOTICE OF SETTLEMENT
CASE NO. 2:21-cv-07764-MCS-KS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 30, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: December 30, 2021                 /s/ Thiago M. Coelho
                                              Thiago M. Coelho

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

NOTICE OF SETTLEMENT
CASE NO. 2:21-cv-07764-MCS-KS