Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUY THANH ALONZO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>NATUZZI AMERICAS, INC., a North Carolina corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-07764-MCS-KS<br><br>CLASS ACTION<br><br>*Honorable Mark C. Scarsi*<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: September 29, 2021<br>Trial Date:  None Set |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Thuy Thanh Alonzo request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action. Each party shall bear her or its own fees and costs.

Dated: January 28, 2022      **WILSHIRE LAW FIRM, PLC**

*/s/ Thiago M. Coelho*
Thiago M. Coelho
Binyamin I. Manoucheri
*Attorneys for Plaintiff and Proposed Class*

2
**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**